Matter of Mills

2026 NY Slip Op 02321

April 16, 2026

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Elizabeth Marie Mills, an Attorney. (Attorney Registration No. 5537758.)

Decided and Entered:April 16, 2026

PM-70-26

Calendar Date: April 13, 2026

Before: Aarons, J.P., Pritzker, Ceresia, Fisher And Mcshan, JJ.

Elizabeth Marie Mills, Woodstock, Illinois, pro se.

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

[*1]

Per Curiam.

Elizabeth Marie Mills was admitted to practice by this Court in 2017 and lists a business address in Woodstock, Illinois with the Office of Court Administration. Mills now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Mills' application.

Upon reading Mills' affidavit sworn to February 6, 2026 and filed February10, 2026, and upon reading the April 7, 2026 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Mills is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.

Aarons, J.P., Pritzker, Ceresia, Fisher and McShan, JJ., concur.

ORDERED that Elizabeth Marie Mills' application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further

ORDERED that Elizabeth Marie Mills' name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further

ORDERED that Elizabeth Marie Mills is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Mills is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further

ORDERED that Elizabeth Marie Mills shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.